No. 03–95. PENNSYLVANIA STATE POLICE v. SUDERS. C. A. 3d Cir. Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 03–6821. NELSON v. CAMPBELL, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Motion of Alabama Physicians, Laurie Dill, et al. for leave to file a brief as *amici curiae* granted. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following question: "Whether a complaint brought under 42 U. S. C. § 1983 by a death-sentenced state prisoner, who seeks to stay his execution in order to pursue a challenge to the procedures for carrying out the execution, is properly recharacterized as a habeas corpus petition under 28 U. S. C. § 2254?"

No. 03–51. SILVEIRA ET AL. v. LOCKYER, ATTORNEY GENERAL OF CALIFONIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–115. DANZELL v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–226. WHALEN v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 03–228. JONES v. KEANE, SUPERINTENDENT, WOODBOURNE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–254. CORE CONCEPTS OF FLORIDA, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 03–277. BROOKENS v. FEDERAL LABOR RELATIONS AUTHORITY. C. A. D. C. Cir. Certiorari denied.

No. 03–283. SHELL PETROLEUM INC. ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.